In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00093-CR


______________________________




KEITH WAYNE DAVIS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 124th Judicial District Court


Gregg County, Texas


Trial Court No. 25,585-B




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Keith Wayne Davis has filed a motion seeking to withdraw his notice of appeal and dismiss
the appeal. Pursuant to Tex. R. App. P. 42.2, his motion is granted.

 The appeal is dismissed.



 Jack Carter

 Justice


Date Submitted: May 22, 2003

Date Decided: May 23, 2003


Do Not Publish